AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John G. Singletary, Jr., d/b/a Singletary Tax Services,<br>*Plaintiff*<br>v.<br><br>The South Carolina Department of Education, First Steps, Russell Brown, Dan Covey, Procurement Officer, Cherry Bekaert & Holland LLP, Alan Robinson, Elliot Davis, LLC, Laurie Smith, all collectively and individually and others to be named,<br>*Defendants* | Civil Action No.   3:11-1449-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff, shall take nothing of the Defendants as to his second amended complaint alleging § 1983 claims for violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment and a § 1985 claim for conspiracy to interfere with civil rights and these claims are dismissed with prejudice. The court further orders that the Plaintiff shall take nothing as to his state law claims for civil conspiracy and violation of the SCPC pursuant to 28 U.S.C. § 1367(c) and these claims are dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Bruce Howe Hendricks which grants defendants' motions to dismiss.

Date: March 26, 2013

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*